No. 73–149. TAYLOR *v.* TENNESSEE ET AL. Sup. Ct. Tenn. Motion to correct errors in petition granted. Certiorari denied.

No. 73–5194. AKULICZ *v.* WOLKE, SHERIFF. Sup. Ct. Wis. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN would grant certiorari.

No. 70–35. AUSTIN ET AL. *v.* MEYER ET AL., 413 U. S. 905;

No. 70–43. MILLER ET AL. *v.* UNITED STATES, 413 U. S. 913;

No. 70–73. MILLER *v.* CALIFORNIA, 413 U. S. 15;

No. 71–599. MOTION PICTURE FILM ENTITLED "VIXEN" ET AL. *v.* OHIO EX REL. KEATING, 413 U. S. 905;

No. 71–1051. PARIS ADULT THEATRE I ET AL. *v.* SLATON, DISTRICT ATTORNEY, ET AL., 413 U. S. 49;

No. 71–1315. ALEXANDER ET AL. *v.* VIRGINIA, 413 U. S. 836;

No. 71–1517. MILLER *v.* UNITED STATES, 413 U. S. 913;

No. 72–357. PRICE *v.* VIRGINIA, 413 U. S. 912;

No. 72–419. PITTSBURGH PRESS CO. *v.* PITTSBURGH COMMISSION ON HUMAN RELATIONS ET AL., 413 U. S. 376;

No. 72–459. SLOAN, TREASURER OF PENNSYLVANIA *v.* LEMON ET AL., 413 U. S. 825;

No. 72–649. CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT ET AL. *v.* CISNEROS ET AL., 413 U. S. 922;

No. 72–1108. MOBIL OIL CORP. *v.* FEDERAL POWER COMMISSION, 412 U. S. 931; and

No. 72–1166. WRIGHT *v.* UNITED STATES, 412 U. S. 938. Petitions for rehearing denied.